KAREN L. LOEFFLER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: stephan.collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | DISTRIBUTION OF |
| vs. | ) | METHAMPHETAMINE |
| | ) |    Vio. of 21 U.S.C. § 841(a)(1) & |
| MAO LEE, | ) | (b)(1)(C) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about May 23, 2013, within the District of Alaska, the defendant, MAO LEE, did knowingly and intentionally distribute a mixture and substance containing methamphetamine, and did aid and abet the same.

All of which is in violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Stephan A. Collins
STEPHAN A. COLLINS
United States of America
Assistant U.S. Attorney

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE:     1/21/14